UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRADLEY HARRIS                                                      PETITIONER

VS.                                         CIVIL ACTION NO. 3:24CV125TSL-MTP

WARDEN BAYSORE                                                      RESPONDENT

ORDER

This cause is before the court on the February 13, 2025 report and recommendation of United States Magistrate Judge Michael T. Parker.  Therein, he recommended that Harris' § 2241 petition be dismissed on the merits.  Harris has filed objections which reiterate the arguments already adequately considered and addressed in the report and recommendation.  The court, having reviewed the report and recommendation and petitioner's objections,[1] concludes that the objections should be overruled, the report and recommendation should be adopted as the opinion of the court and that the petition should be dismissed.

Based on the foregoing, it is ordered that petitioner's objections are overruled and the February 13, 2025 report and

---

1    The court has applied a clearly erroneous or contrary to law standard of review to the potions of the report and recommendation to which petitioner has made no objection and a de novo standard of review to the portions of the report and recommendation to which a specific objection is made.  See 28 U.S.C. § 636(b)(1).

1

recommendation is adopted as the opinion of the court.  It follows that the petition will be dismissed.

    A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

        SO ORDERED this 14th day of March, 2025.


                /s/ Tom S. Lee
                UNITED STATES DISTRICT JUDGE